# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Abdulsalam S. Alshuli, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00125-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 26, 2016 Order.

September 28, 2016

*Frank G. Johns* (signature)

Frank G. Johns, Clerk of Court